UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

T.R., MELANIE REILLY, and
SHANE REILLY,

    Plaintiffs,

v.                                      Case No.:   2:24-cv-321-SPC-NPM

THE SCHOOL DISTRICT OF LEE
COUNTY, FLORIDA, THE
SCHOOL BOARD OF LEE
COUNTY, FLORIDA, STEPHAN
CATO, KYLE BURCHFIELD,
ALEX CARCIOPPOLO, ROBERT
HINSON, CHRISTOPHER
CHAPELL, ROBERT BUTZ and
CHRISTOPHER S. BERNIER,
PH.D,

    Defendants.
_____/

## ORDER

    Before the Court is Plaintiffs' Original Verified Complaint.  (Doc. 1).  A judge must recuse herself "in any proceeding in which [her] impartiality might reasonably be questioned."  28 U.S.C. § 455(a).  A judge must also disqualify herself in certain situations like having personal knowledge of disputed evidentiary facts concerning the proceeding or having a family member named as a party.  *Id.* § 455(b).  To avoid the appearance of partiality or impropriety, the undersigned must recuse.  The Court will also recommend that the Chief

United States District Judge for the Middle District of Florida review this case for reassignment to other district and magistrate judges outside the Fort Myers Division.

Accordingly, it is

**ORDERED**

1. The undersigned is **RECUSED** from this action.

2. The Clerk is **DIRECTED** to send a copy of this Order to Chief United States District Judge Timothy Corrigan for him to consider reassigning this action to other district and magistrate judges outside the Fort Myers Division.

**DONE** and **ORDERED** in Fort Myers, Florida on April 10, 2024.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:   United States District Judge Timothy Corrigan, Chief Judge
All Parties of Record