**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**CASE NO. 24-00321-CIV-ALTONAGA/Reid**

**T.R.**, *et al.*,

      Plaintiffs,

v.

**THE SCHOOL DISTRICT OF**
**LEE COUNTY, FLORIDA**; *et al.*,

      Defendants.

_____/

**<u>ORDER</u>**

**THIS CAUSE** came before the Court *sua sponte*. On October 2, 2024, the Court entered an Order [ECF No. 56], staying this case and directing the parties to move to reopen within 21 days after the resolution of the motion to dismiss in *Tucker v. The School District of Lee County*, 24-00142 (M.D. Fla. 2025). (*See* Oct. 2, 2024 Order 9).[1]

On June 23, 2025, the court in *Tucker* resolved the pending motion to dismiss by adopting the Magistrate Judge's Report and Recommendation and granting the motion. (*See Tucker v. The Sch. Dist. of Lee Cnty.*, 24-00142, Order Adopting Report of Magistrate Judge; Overruling Objs.; Dismissing Am. Compl. . . . [ECF No. 57] filed June 23, 2025 (M.D. Fla. 2025)). To date — more than 21 days since the resolution of the motion to dismiss in *Tucker* — the parties in this action have not filed a motion to reopen the case accompanied by a joint scheduling report; nor has any party requested an extension of time to do so.

---

[1] The Court uses the pagination generated by the electronic CM/ECF database, which appears in the headers of all court filings.

CASE NO. 24-00321-CIV-ALTONAGA/Reid

Accordingly, it is

**ORDERED** that the case is **DISMISSED** without prejudice.

**DONE AND ORDERED** in Miami, Florida, this 15th day of July, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

2