UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 2:4-cv-00321-CIV-ALTONAGA/Reid

T.R., et al.,

Plaintiffs,

v.

THE SCHOOL DISTRICT OF
LEE COUNTY, FLORIDA; et al.,

Defendants.
_______________________________________/

**PLAINTIFFS' STATUS REPORT**

Plaintiffs, pursuant to the Court's July 17, 2025 Order (ECF No. 60), submit the following status report regarding the state of the proceedings in *Tucker v. The School District of Lee County*, Case No. 2:24-cv-00142. Since Plaintiffs' last Status Report, filed on August 25, 2026 (ECF No. 76), the following activity has occurred in *Tucker*:

1. On August 25, 2026, the District Court in *Tucker* entered an Order Setting Trial Date and Discovery Deadlines, Referring Case to Mediation, and Referring Discovery Motions to the United States Magistrate Judge (DE 86). Jury trial is set to begin December 6, 2027.

2. On September 8, 2026, the *Tucker* plaintiffs filed a Notice of Selection of Gregory P. Holder as mediator (DE 87).

3. Plaintiffs remain prepared to proceed as the Court may direct, including with respect to the parties' request for guidance in the Joint Status Report (ECF No. 74), and will continue to file monthly status reports as ordered.

Respectfully submitted,

***/s/ Joseph W. Montgomery***
Joseph W. Montgomery, Esq.
FL Bar No: 120569
Montgomery Law Group PLLC
631 U.S. Highway 1
Suite 202
North Palm Beach, Florida 33408
joe@educationlawyers.com
888-888-2938
***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 25, 2026, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

***/s/ Joseph W. Montgomery***
Joseph W. Montgomery, Esq.